No. 09–10702. SMITH *v.* SOUTH CAROLINA DEPARTMENT OF HIGHWAY PATROL ET AL. C. A. 4th Cir. Certiorari denied.

No. 09–10704. RICHARDS *v.* UNITED STATES ET AL. C. A. 7th Cir. Certiorari denied.

No. 09–10705. SHAARBAY *v.* FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 09–10709. MASON *v.* CASSADY ET AL. C. A. 11th Cir. Certiorari denied.

No. 09–10710. DECONTI *v.* HUNTER, SHERIFF, COLLIER COUNTY, FLORIDA, ET AL. Dist. Ct. App. Fla., 2d Dist. Certiorari denied.

No. 09–10711. COBADO *v.* CONWAY, SUPERINTENDENT, ATTICA CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 09–10713. WASHINGTON *v.* LATTIMORE, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 09–10715. WEIS *v.* GEORGIA. Sup. Ct. Ga. Certiorari denied.

No. 09–10717. TAURO *v.* ALLEGHENY COUNTY, PENNSYLVANIA, ET AL. C. A. 3d Cir. Certiorari denied.

No. 09–10718. MENDENHALL *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 09–10723. BROCK *v.* TENNESSEE. Ct. Crim. App. Tenn. Certiorari denied.

No. 09–10727. GONZALEZ *v.* GIURBINO, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 09–10732. GARDNER *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 09–10734. COTTON *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 09–10737. D'ARCY *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.